

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2020

No. 04-19-00689-CR

Julio Jeconiah **TORRES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR13039
Honorable Stephanie R. Boyd, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is due on or before March 23, 2020. No further extensions.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court